# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V&G COLLECTIVE INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BAKERSFIELD, <br><br> Defendant. | Case No.: 1:19-cv-01364-JLT <br><br> ORDER GRANTING UNOPPOSED MOTION TO DISMISS[1] <br><br> (Doc. 7) |

On September 27, 2019, Defendant filed a motion to dismiss the first amended complaint. (Doc. 7.) Plaintiff filed a notice of non-opposition on October 21, 2019. (Doc. 10.) Accordingly, the Court **ORDERS** the following:

1. Defendant's motion to dismiss (Doc. 7) is **GRANTED**; and
2. Plaintiff's first amended complaint is **DISMISSED with 21 days leave to amend**.

IT IS SO ORDERED.

Dated: __October 28, 2019__   _____/s/ Jennifer L. Thurston_
UNITED STATES MAGISTRATE JUDGE

---

[1] Because the motion is unopposed, the hearing on the motion scheduled for November 4, 2019 is vacated.

1