# UNITED STATES DISTRICT COURT

## Eastern District of California

| | |
|---|---|
| V&G COLLECTIVE, INC., | Case No. 1:19-CV-01364-JLT |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO FILE CORRECTED SECOND AMENDED COMPLAINT |
| vs | |
| CITY OF BAKERSFIELD, | (Doc. 18) |
| Defendant. | |

Based on the stipulation of the parties, the Court **ORDERS**:

1. The plaintiff may file the "corrected" second amended complaint within three court days.

IT IS SO ORDERED.

Dated: **December 4, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE