UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V&G COLLECTIVE, INC., | Case No. 1:19-CV-01364-JLT |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND (Doc. 16) |
| vs | |
| CITY OF BAKERSFIELD, | |
| Defendant. | |

Based on the stipulation of the parties, and good cause appearing therefore, the Court **ORDERS** that Plaintiff's Motion to Remand is **GRANTED**.

IT IS SO ORDERED.

    Dated: **December 6, 2019**            **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE